```
BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case NO. 1:11-CR-289 |
| Plaintiff, | REQUEST TO **UNSEAL** INDICTMENT |
| v. | |
| DUPREE DEMERY, | |
| Defendant. | |

The arrest warrant in the above-captioned proceeding was executed on November 18, 2011. As a result, there is no need for the indictment to remain under seal. Accordingly, the United States asks that the Court order that the indictment be unsealed.

```
                          BENJAMIN B. WAGNER
                          United States Attorney


Date: November 18, 2011   /s/ Elana S. Landau
                          By: Elana S. Landau
                          Assistant United States Attorney
```

1

```
1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000

5

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                       EASTERN DISTRICT OF CALIFORNIA
8

9

10

11 UNITED STATES OF AMERICA,          )   Case No: 1:11-CR-289
                                      )
12                  Plaintiff,        )
                                      )   ORDER TO UNSEAL INDICTMENT
13         v.                         )
                                      )
14                                    )
   DUPREE DEMERY,                     )
15                                    )
                    Defendant.        )
16                                    )
                                      )
17 _____)

18     Upon application of the United States of America and good cause
19 having been shown,
20     IT IS HEREBY ORDERED that the indictment in the above-captioned
21 proceeding be and is hereby unsealed.

22
23 Date: NOV 18, 2011          [signature]
                               Honorable Jennifer L. Thurston
24                             United States Magistrate Judge
```